IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ELLEN A. CAUTHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. CV103-187 |
| ) | |
| COUNTY BOARD ) | |
| OF EDUCATION OF ) | |
| RICHMOND COUNTY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Plaintiff's motion seeking the Court to release the videotape she provided in support of her response to Defendant's Motion for Summary Judgment is GRANTED. Plaintiff shall return the tape to the Court upon the first day of trial.

SO ORDERED, this the 22nd day of February, 2006.

_____
The Honorable Dudley H. Bowen, Jr.
Chief Judge, United States District Court
Southern District of Georgia