AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ELLEN A. CAUTHEN,

    Plaintiff,

v.

COUNTY BOARD OF EDUCATION OF RICHMOND COUNTY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV 103-187

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the jury's verdicts returned on March 17, 2006, Final Judgment is hereby ENTERED in favor of the Plaintiff, ELLEN A. CAUTHEN, and against the Defendant, COUNTY BOARD OF EDUCATION OF RICHMOND COUNTY, in the total sum certain amount of Two Hundred Fifty-eight Thousand and no/100 Dollars ($258,000.00). Costs are hereby assessed against the Defendant, and are to be taxed by the Clerk of this Court.

E.O.D. 04/10/06

*/s/* INITIALS

| | |
|---|---|
| APRIL 10, 2006 | Scott L. Poff |
| Date | Clerk |
| | */s/ Joseph A. Howell, III* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03